(66 Hun, 629.)

PEOPLE ex rel. HARLAN & HOLLINGSWORTH CO. v. CAMPBELL, Comptroller.

(Supreme Court, General Term, Third Department. December 8, 1892.)

No opinion. Decision of the comptroller affirmed, certiorari dismissed, with costs and printing and other disbursements.

---

(66 Hun, 629.)

HACKETT, Appellant, v. CREHAN, Respondent.

(Supreme Court, General Term, Third Department. December 8, 1892.)

Action by William S. Hackett, assignee, against Thomas O. Crehan.
No opinion. Order affirmed, without costs to either party, upon respondent's deducting four dollars from the bill of costs taxed and the judgment thereon.

---

(66 Hun, 629.)

SMITH, Respondent, v. PELOTT et al., Appellants.

(Supreme Court, General Term, Third Department. December 8, 1892.)

Action by James M. Smith, executor, against Frank Pelott and others.
No opinion. Order affirmed, with $10 costs and printing and other disbursements.

---

(66 Hun, 629.)

COONLEY, Respondent, v. MARTIN et al., Appellants.

(Supreme Court, General Term, Third Department. December 8, 1892.)

Action by Carlisle H. Coonley against Allen Martin and others.
No opinion. Judgment affirmed, with costs. Appellant not appearing.

---

(66 Hun, 629.)

CHAPIN, Respondent, v. PRATT, Appellant.

(Supreme Court, General.Term, Third Department. December 8, 1892.)

Action by Hiland H. Chapin against A. V. Pratt.
No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 20 N. Y. Supp. 952.

---

(66 Hun, 629.)

BULLARD, Appellant, v. HARRIS, Respondent.

(Supreme Court, General Term, Third Department. December 8, 1892.)

Action by Charles E. Bullard against Mary C. Harris.
No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 21 N. Y. Supp. 9.

---

BULLARD et al., Appellants, v. HARRIS et al., Respondents.

(Supreme Court, General Term, Third Department. March 2, 1893.)

Action by Charles E. Bullard and Charles O. Howe against Mary C. Harris and others.
No opinion. Motion for reargument granted, without costs. See 21 N. Y. Supp. 9.